UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KENNETH WHITEHEAD and LISA WHITEHEAD, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 14-cv-13408-IT |
| HMC ASSETS, LLC AS TRUSTEE FOR CAM MORTGAGE TRUST 2013-1 and BSI FINANCIAL SERVICES, INC., | * | |
| Defendants. | * | |

ORDER

September 18, 2014

TALWANI, D.J.

Before the court is Plaintiffs' <u>Motion for Temporary Restraining Order and Preliminary Injunction</u> [#8]. Defendants have agreed that the foreclosure sale of Plaintiffs' residential property, scheduled for September 22, 2014, will be postponed for a period of three weeks. As a result of this postponement, the court finds that there is no immediate risk of irreparable harm justifying entry of a temporary restraining order. Accordingly, the request for a temporary restraining order is DENIED.

Defendants have until September 24, 2014, to file an affidavit or affidavits authenticating the allonges attached to Plaintiffs' mortgage note. The court will thereafter address Plaintiffs' Motion for Preliminary Injunction.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge